IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEREMY SANDERS                                              PLAINTIFF

v.                            Case No. 09-6028

JAMES LANGLEY, *et al.*                              DEFENDANTS

### **ORDER**

Now on this 29th day of September 2010, there comes on for consideration the report and recommendation filed herein on September 7, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 10). Plaintiff did not file timely, written objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED for failure to state a claim under 42 U.S.C. § 1983. *See* 28 U.S.C. § 1915(e)(2)(B)(ii)(IFP action may be dismissed on such grounds at any time). Plaintiff is advised that this dismissal is considered a "strike" for purposes of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g). Finally, the U.S. District Clerk is directed to collect the $350.00 filing fee from Plaintiff.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge